United States Bankruptcy Court
Northern District Of Ohio
MARY ANN WHIPPLE
**Notice of Filing Deficiency**

**To:** Scott Belhorn  **Debtor:** Manuel C. Alvarado

**Case Number:** 18–32213–maw  **Regarding Document Number:** 8

**The following deficiency must be corrected within 1 day(s) from the date of this notice.**

- ☐ Form B121 required to add or correct social security number. Certificate of Service of "paper" notice to all creditors required. See ECF Newsletter, Volume 2 Number 1.
- ☐ Filing fee required. See comments below.
- ☐ Certificate of service indicating name and address of parties served and date of service missing.
- ☐ Attachments/exhibits missing or incorrectly filed.
- ☐ Petition and/or schedules incomplete. See comments below.
- ☐ Creditors not uploaded.
- ☑ No order submitted. Orders are required at the time that a motion/application/objection is filed.
- ☐ Order submitted is not in proper format (a word processing format). Resubmit order to judge's mailbox.
- ☐ Amended plan with complete certificate of service not filed.
- ☐ Notice of continued 341 meeting and certificate of service not filed.
- ☐ Notice of continued confirmation hearing and certificate of service not filed.
- ☐ Proof of insurance not submitted to trustee.
- ☐ Copies of tax returns not submitted to trustee.
- ☐ No Means Testing Form
- ☐ Other: see comments below.

**Comments/Instructions:**
No orders uploaded. Upload immediately using E–Orders menu in ECF.

**Inquiries regarding this form should be directed to:** Maria Shaink
at (419) 213–5600, ext.
**Dated:** August 31, 2018
Form ohnb142