```
                            United States Bankruptcy Court
                              Northern District of Ohio
In re:                                                        Case No. 18-32213-maw
Manuel C. Alvarado                                            Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0647-3           User: sheym                 Page 1 of 1                   Date Rcvd: Sep 05, 2018
                               Form ID: pdf727             Total Noticed: 18
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 07, 2018.
db             +Manuel C. Alvarado,    500 N Shaffer Street,    Van Wert, OH 45891-1057
25552282        Amazon Prime - Cardmember Services,    P.O. Box 94014,    Palatine, IL 60094-4014
25552283        Best Buy Credit Services,    P.O. Box 9001007,    Louisville, KY 40290-1007
25552286       +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
25552287       +Citibank/Best Buy,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
25552288       +Collections Practice Group,    201 West Wayne Street,    Fort Wayne, IN 46802-3605
25552293       +PMB/Fort Wayne Neurology,    7619 West Jefferson Blvd.,    Fort Wayne, IN 46804-4133
25552294       +Santander Consumer USA,    Attn: Bankruptcy Dept.,    5201 Rufe Snow Drive,    Suite 400,
                 North Richland Hills, TX 76180-6036
25552295        Summit Radiology, PC,    Lockbox A29,    Fort Wayne, IN 46801-2603
25552296       +Van Wert Family Eye Care,    321 W. Main St.,    Van Wert, OH 45891-1638
25552297        Van Wert Family Physicians,    1178 Professional Drive,    Van Wert, OH 45891-2461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
25552281       +E-mail/Text: ally@ebn.phinsolutions.com Sep 05 2018 22:37:31      Ally Financial,
                 Attn: Bankruptcy Corresp.,   P.O. Box 380901,    Bloomington, MN 55438-0901
25552284       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2018 22:43:58      Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
25552285        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2018 22:42:51
                 Capital One Bank (USA), N.A.,   P.O. Box 6492,    Carol Stream, IL 60197-6492
25552289       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 05 2018 22:38:41      Comenitycapital/gmstop,
                 Attn: Bankruptcy Dept,   Po Box 183003,    Columbus, OH 43218-3003
25552290       +E-mail/Text: bnc-bluestem@quantum3group.com Sep 05 2018 22:40:27      Fingerhut,
                 Bankruptcy Dept,   6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
25552291       +E-mail/PDF: cbp@onemainfinancial.com Sep 05 2018 22:43:11      One Main Financial,
                 903 Defiance St.,   Wapakoneta, OH 45895-1021
25552292       +E-mail/PDF: cbp@onemainfinancial.com Sep 05 2018 22:43:52      OneMain Financial,
                 Attn: Bankruptcy,   601 Nw 2nd St,    Evansville, IN 47708-1013
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2018 at the address(es) listed below:
              Quentin M. Derryberry, II    on behalf of Debtor Manuel C. Alvarado qlaw@ureach.com,
               qdlawfirm@gmail.com
              Scott R. Belhorn    ust35    on behalf of U.S. Trustee Daniel M. McDermott, United States Trustee
               for Region 9 Scott.R.Belhorn@usdoj.gov
              William L. Swope     trustee7@sbcglobal.net,    wswope@ecf.epiqsystems.com
                                                                                              TOTAL: 3
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



Mary Ann Whipple
United States Bankruptcy Judge

**Dated: September 5 2018**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 18-32213-MAW |
| | ) | |
| Manuel C. Alvarado, | ) | Chapter 7 |
| | ) | |
| Debtors | ) | Judge Mary Ann Whipple |

### ORDER DISMISSING THE CASE PURSUANT TO 11 U.S.C. § 521(i)

On August 31, 2018, the United States Trustee filed a motion styled <u>Motion /Request of the United States Trustee to Dismiss the Case Automatically Pursuant to 11 U.S.C. § 521(i)</u> (the "Request"). The United States Trustee requested dismissal of the case for the reason that the debtor Manuel C. Alvarado (the "Debtor") failed to timely file certain documents required by 11 U.S.C. § 521(a)(1).

Based on the record on the docket in the above-captioned case, the Court finds that Debtor failed to file the required documents in a sufficiently timely manner so as to comply with applicable law.

The Code provides in pertinent part that:

[I]f an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the filing of the petition.

11 U.S.C. § 521(i)(1).

The Code further provides in pertinent part that:

Any party in interest can request the court to enter an order dismissing the case. If requested, the court shall enter an order of dismissal not later than 7 days after such a request.

11 U.S.C. § 521(i)(2).

In this case, more than forty-five days have passed since the order for relief. As indicated by the plain language of the statute, there is no additional period of time for the Debtor to cure the deficiencies.

Because the Debtor failed to comply with 11 U.S.C. § 521(a)(1), the above-captioned case is **ORDERED** dismissed pursuant to 11 U.S.C. § 521(i). The court retains jurisdiction to address the issues raised in the U.S. Trustee's Motion to Review Fees [Doc #10].

**IT IS SO ORDERED.**

###

Order Submitted by:

/s/ *Scott R. Belhorn*

Scott R. Belhorn (#0080094)
Trial Attorney
Department of Justice
Office of the U. S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114
(216) 522-7800 ext. 260
(216) 522-7193

**PLEASE SERVE THE FOLLOWING PARTIES:**

*Electronic*

- Quentin M. Derryberry    qlaw@ureach.com, qdlawfirm@gmail.com
- William L. Swope    trustee7@sbcglobal.net, wswope@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

*U.S. Post First Class*

Manuel C. Alvarado
500 N Shaffer Street
Van Wert, OH 45891